IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDOM ODOM, | § | |
| TDCJ-CID NO.1040100, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-1903 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on June 9, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE